# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

FILED by D.C.
JUN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

HUSSEIN AHMAD BAHSOUN

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4148-SNOW

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 20, 2000__ in __Broward__ County, in the __Southern__ District of __Florida__ defendant, (Track Statutory Language of Offense) (describe)

knowingly and with intent to defraud, trafficked in, or used one or more unauthorized access devices during any one year period, and by such conduct obtained a thing of value aggregating $1,000 or more, or possesses a telecommunications instrument that has been modified or altered to obtain unauthorized use of telecommunications service,

in violation of Title __18__ United States Code, Section __1029(a)(2) and 1029(a)(7)__

I further state that I am a(n) __Special Agent, U.S. Secret Service__ and that this complaint is based on the following facts:

Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
Wanda I. Fuentes, Special Agent
U.S. Secret Service

The Court finds probable cause.
Sworn to before me, and subscribed in my presence,

June 21, 2000      at   Fort Lauderdale, Florida
Date                                               City and State

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer              Signature of Judicial Officer

## **AFFIDAVIT**

I, WANDA I. FUENTES, being duly sworn, depose and state as follows:

1. I am a special agent of the United States Secret Service and have been so employed since 21 June 1999. My responsibilities include the investigation of telecommunications fraud, counterfeit credit cards, the distribution and possession of such, credit card fraud, as well as other fraud cases involving access devices. I make this affidavit based upon my knowledge, and upon information and documents furnished to me in my official capacity. The information in this affidavit is provided for the purpose of establishing probable cause only, and therefore it does not contain all of the facts known to me concerning this investigation.

2. On May 31, 2000, I received information from MCI Worldcom (MCI) that there was an illegal call "sell" operation in the Broward area. The fraud involved over fifteen phone numbers used as illegal routers to make long distance phone calls, using access numbers. Most of the calls were being placed to numbers located in the Middle East, ie. Lebanon, Kuwait, etc. MCI records showed that there were twelve telephone numbers operating out of 4891 NW 103 Ave., #11, Sunrise, FL, and ten telephone numbers at 868 Tivoli Circle # 101 Deerfield, Fl. MCI fraud loss from May 27, 2000 to June 19, 2000, is over $17,000.00 dollars.

3. On the same date, we received information from AT&T that their fraud monitoring system had located an illegal call "sell" operation at the same addressees, and was using the same phone numbers. The calls were again placed to numbers in the Middle East. AT&T records showed that fraud loss from May 20, 2000 to June 19, 2000, is estimated to exceed $100,000.00 dollars.

4. On June 20, 2000, I received information from MCI that the phone number at the Sunrise address was being actively used. Special Agents went to 4891 NW 103 Ave., #11, Sunrise, FL, which was based in a warehouse, and the office at "4891" was closed. On the same date, the agents went to 868 Tivoli Circle #101, and made contact with Hussein Bahsoun, at such residence. The agents identified themselves and Bahsoun invited the agents into his residence, at which time the agents saw telephone equipment and multiple telephone jacks in the wall. The agents were also able to see telephone numbers and multiple lists of access numbers on top of the kitchen counter. Bahsoun was administered Miranda warnings, which he understood and waived. Agents of the U.S. Secret Service told Bahsoun that they believed that illegal call "sell" operations were being conducted out of his home (the above-described Deerfield address); at that time Bahsoun admitted making and routing illegal calls. Agents asked if he had keys to the warehouse (above-described Sunrise address) and Bahsoun stated the spaces at that address were his also, and produced the keys.

5. Bahsoun showed the agents the line routing boxes for use with the telephone equipment at his home and gave the agents a written consent to search his residence. Bahsoun also gave written consent to search for the rented warehouse spaces located at 4891 NW 103 Ave., #11, Sunrise, FL. Bahsoun provided the agents directions to the warehouse and keys to four different offices within "#11". The offices contained over fifteen telephone lines, telephones and other telecommunications equipment. MCI and ATT records reveal that each of at least 15 telephone numbers/access

devices have over $1000.00 worth of fraudulent/unauthorized charges on such numbers.

6. Agents were able to speak to the rental agent who provided the rental agreement to Bahsoun's rented spaces. Bahsoun was placed under arrest and was administered Miranda Warnings again, which Bahsoun acknowledged. At this time, Bahsoun declined to make a statement. Bahsoun was transported to the Miami field office for processing.

7. Based on the facts described herein, your affiant has probable cause to believe **HUSSEIN AHMAD BAHSOUN** knowingly and with intent to defraud, trafficked in, or used one or more unauthorized access devices during any one year period, and by such conduct obtained a thing of value aggregating $1,000.00 or more during that period, in violation of Title 18, United States Code, section 1029 (a) (2), and knowingly and with intent to defraud, uses, produces, traffics in, or has control or custody of, or possesses a telecommunications instrument that has been modified or altered to obtain unauthorized use of telecommunication services, in violation of 18 USC 1029(a) (7).

Wanda I. Fuentes
Special Agent
United States Secret Service

Subscribed and sworn to before
me on this 21th day of June 2000

UNITED STATES MAGISTRATE JUDGE

BOND RECOMMENDATION

Hussein Ahmad Bahsoun
Defendant

PTD is recommended.

_____
DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA  33394
FLORIDA BAR NO. 208035