COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: HUSSEIN  AHMAD BAHSOUN (J)    CASE NO: 00-4148-SNOW

AUSA: DEB STUART            ATTY:

AGENT: SECRET SERVICE - Fuentes VIOL: 18:1343 WIRE FRAUD

PROCEEDING I/A ON COMPLAINT        RECOMMENDED BOND    PTD

BOND HEARING HELD - yes/no        COUNSEL APPOINTED  FPD

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:

Advised of Charges - sworn for counsel

FPD appt'd - set for PTD and arr.

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

_____                    PTD BOND HRG:    6-26   //   LSS

_____                    PRELIM/ARRAIGN:  6-30   //   LSS

_____                    REMOVAL HRG:

_____                    STATUS CONF:

Date: 6/21/00   Time 11:00    FTL/LSS
                              TAPE #00- 030   Begin: 1313   End:

