COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: HUSSEIN AHMAD BAHSOUN (J)    CASE NO: 00-4148-SNOW
AUSA: DEB STUART _mes_    ATTY: FPD - Daryl Wilcox
AGENT:    VIOL:
PROCEEDING PTD HEARING    RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no    COUNSEL APPOINTED
    BOND SET @ 300,000 CSB w/ Nebbia    FILED by __ D.C. JUN 26 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.
    SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

_Gov't proceeded by proffer_
_Ag. Manero S/A Secret Service - sworn_
_for cross_
_PTD Ordered - rich_
_flight w/drawn_

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
    PTD/BOND HRG:
    PRELIM/ARRAIGN: 6-30    11   LSS
    REMOVAL HRG:
    STATUS CONF:

Date: 6/26/00    Time 11:00    FTL/LSS TAPE #00- 034    Begin: 2658    End: 266
_And 00-035_