DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6187

18 U.S.C. §1029(a)(2)
18 U.S.C. §2   **CR-ZLOCH**

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,    :

    PLAINTIFF,    :

v.    :

HUSSEIN AHMAD BAHSOUN,    :

    DEFENDANT.    :

---

### INDICTMENT

The Grand Jury charges that:

### COUNTS 1-36

Background:

1.    At all times relevant to this Indictment, AT&T and MCI WorldCom (hereinafter "AT&T" and "MCI" respectively), are companies and businesses which do business and conduct activities in interstate and foreign commerce by providing long distance telephone access and services.

2.    As part of their business operations, certain long distance telephone services of AT&T and MCI were and are accessible by assigned number identification, a system whereby a particular telephone number serves as an access device under federal law, that is, a code, account

1



number, and identification number, telecommunications service and means of account access that can and would be used alone and/or in conjunction with another access device, to obtain services and things of value, i.e., long distance telephone services.

3. Such telephone numbers, if used in connection with unauthorized access devices, such as long distance access numbers, can be used unlawfully to obtain long distance telephone services.

Access Device Fraud:

4. On or about the dates set forth below in Broward County, in the Southern District of Florida, the defendant,

HUSSEIN AHMAD BAHSOUN,

knowingly, willfully, and with intent to defraud, trafficked and used the below described unauthorized access devices during a one-year period, or portion thereof, and by such conduct obtained a thing of value, that is, long distance telephone services aggregating at least $1,000.00, with such conduct affecting interstate and foreign commerce, as specified below:

| COUNT | APPROXIMATE TIME PERIOD INVOLVED | ACCESS DEVICE/ PHONE NUMBER | APPROXIMATE LOSS | CORPORATE LONG DISTANCE TELEPHONE SERVICE |
|---|---|---|---|---|
| 1 | 4/11/2000 - 4/14/2000 | (954) 360-7211 | $3,811.00 | AT&T |
| 2 | 4/20/2000 - 4/22-2000 | (954) 570-3446 | $1,236.77 | AT&T |
| 3 | 4/25/2000 - 4/26/2000 | (954) 725-9092 | $3,998.55 | AT&T |
| 4 | 4/26/2000 - 5/2/2000 | (954) 725-0991 | $15,165.50 | AT&T |
| 5 | 5/12/2000 - 5/24/2000 | (954) 427-9331 | $3,640.25 | AT&T |
| 6 | 5/12/2000 - 5/12/2000 | (954) 427-7472 | $3,354.78 | AT&T |

2

| COUNT | APPROXIMATE TIME PERIOD INVOLVED | ACCESS DEVICE/ PHONE NUMBER | APPROXIMATE LOSS | CORPORATE LONG DISTANCE TELEPHONE SERVICE |
|---|---|---|---|---|
| 7 | 5/19/2000 - 5/21/2000 | (954) 426-2905 | $10,568.24 | AT&T |
| 8 | 5/20/2000 - 5/26/2000 | (954) 426-5993 | $4,093.00 | AT&T |
| 9 | 5/24/2000 - 5/30/2000 | (954) 428-4994 | $1,380.92 | AT&T |
| 10 | 5/24/2000 - 5/30/2000 | (954) 428-3088 | $7,696.33 | AT&T |
| 11 | 5/27/2000 - 5/31/2000 | (954) 578-6972 | $7,138.16 | AT&T |
| 12 | 5/27/2000 - 5/31/2000 | (954) 578-6941 | $7,417.00 | AT&T |
| 13 | 5/27/2000 - 6/8/2000 | (954) 578-6932 | $5,243.90 | AT&T |
| 14 | 5/27/2000 - 5/31/2000 | (954) 578-6974 | $6,547.14 | AT&T |
| 15 | 5/28/2000 - 5/31/2000 | (954) 578-8079 | $3,068.65 | AT&T |
| 16 | 5/28/2000 - 5/31/2000 | (954) 578-5305 | $5,022.13 | AT&T |
| 17 | 5/28/2000 - 5/31/2000 | (954) 578-2054 | $10,302.66 | AT&T |
| 18 | 5/28/2000 - 6/3/2000 | (954) 741-4063 | $6,068.03 | AT&T |
| 19 | 5/28/2000-5/28/2000 | (954) 578-6972 | $3,600.85 | MCI |
| 20 | 5/28/2000-5/29/2000 | (954) 578-6941 | $3,267.29 | MCI |
| 21 | 5/28/2000-6/1/2000 | (954) 741-4063 | $1,237.69 | MCI |
| 22 | 5/31/2000-5/31/2000 | (954) 578-5305 | $1,721.69 | MCI |
| 23 | 6/4/2000-6/4/2000 | (954) 572-8282 | $3,107.02 | MCI |
| 24 | 6/8/2000 - 6/9/2000 | (954) 578-5327 | $1,425.23 | AT&T |
| 25 | 6/8/2000 - 6/9/2000 | (954) 578-9309 | $1,935.31 | AT&T |
| 26 | 6/9/2000 - 6/9/2000 | (954) 741-2887 | $2,879.87 | AT&T |
| 27 | 6/14/2000 - 6/18/2000 | (954) 578-4085 | $2,188.41 | AT&T |
| 28 | 6/15/2000 - 6/16/2000 | (954) 578-6066 | $3,570.22 | MCI |
| 29 | 6/15/2000 - 6/18/2000 | (954) 578-3278 | $5,911.26 | AT&T |
| 30 | 6/15/2000 - 6/20/2000 | (954) 578-2363 | $1,647.19 | AT&T |
| 31 | 6/15/2000 - 6/18/2000 | (954) 572-9194 | $4,994.68 | AT&T |
| 32 | 6/15/2000-6/18/2000 | (954)578-3084 | $2,976.69 | AT&T |
| 33 | 6/15/2000-6/18/2000 | (954)578-5402 | $6,403.42 | AT&T |
| 34 | 6/17/00 - 6/19/2000 | (954) 578-0838 | $11,408.37 | MCI |

| COUNT | APPROXIMATE TIME PERIOD INVOLVED | ACCESS DEVICE/ PHONE NUMBER | APPROXIMATE LOSS | CORPORATE LONG DISTANCE TELEPHONE SERVICE |
|---|---|---|---|---|
| 35 | 6/17/2000-6/17/2000 | (954) 578-3278 | $1,044.35 | MCI |
| 36 | 6/17/2000-6/19/2000 | (954) 578-6066 | $4,906.91 | AT&T |

All in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

A TRUE BILL

*Leonard Poth*

FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
DEBRA J. STUART
ASSISTANT U.S. ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.

HUSSEIN AHMAD BAHSOUN             **CERTIFICATE OF TRIAL ATTORNEY***
_____   **Superseding Case Information**:

**Court Division**: (Select One)          New Defendant(s)         Yes ____    No ____
                                          Number of New Defendants ____
___ Miami  ___ Key West                   Total number of counts   ____
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) _NO_____
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days       __X__      Petty       _____
   II   6 to 10 days      _____      Minor       _____
   III  11 to 20 days     _____      Misdem.     _____
   IV   21 to 60 days     _____      Felony      __X__
   V    61 days and over  _____

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?     (Yes or No) YES_____
   If yes:
   Magistrate Case No. ___00-4148-SNOW_____
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of __6/21/00_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes__ No

                                  _Debra J. Stuart_
                                  DEBRA J. STUART
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Court No. A5500061

*Penalty Sheet(s) attached                                    REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: HUSSEIN AHMAD BAHSOUN _____ NO. _____

---

Counts # 1-36  Unauthorized Use of Access Devices (18 U.S.C. 1029)

---

*Max. Penalty:    10 years' imprisonment; $250,000 Fine

---

Count #

*Max. Penalty:

Count #

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96