UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6187-CR-ZLOCH

UNITED STATES OF AMERICA

vs

HUSSEIN AHMAD BAHSOUN

FILED by ___ D.C.
JUN 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 30, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address:_____CUSTODY_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:_____FEDERAL PUBLIC DEFENDER_____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/CONTINUED: $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __30TH__ day of __JUNE_____, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_____
    Deputy Clerk

Tape No. __00-037_____

cc: Copy for Judge
    U. S. Attorney

