UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**THE UNITED STATES OF AMERICA,** )
) CASE NUMBER
PLAINTIFF, )
) 6187-CR-WJZ
VS. ) 00-4148-CR-SNOW
)
**HUSSEIN AHMAD BAHSOUN,** ) THIS VOLUME:
) PAGES 1 - 18
DEFENDANT. )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HAD BEFORE THE HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON JUNE 26, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   **DEBRA STUART, A.U.S.A.**
                      99 N.E. 4TH STREET
                      MIAMI, FL  33132 - 305/961-9330

FOR THE DEFENDANT:    **DARYL WILCOX, A.F.P.D.**
                      FEDERAL PUBLIC DEFENDER'S OFFICE
                      101 N.E. 3RD AVENUE, SUITE 202
                      FT. LAUDERDALE, FL 33301
                                  (TEL) 954/356-7436
                                  (FAX) 954/356-7556

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**