UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6187-CR-ZLOCH

UNITED STATES OF AMERICA,
Plaintiff,

v.

HUSSEIN AHMAD BAHSOUN,
Defendant.
_____/

**MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL**

The Federal Public Defender respectfully moves that the appointment as counsel for the Defendant, Hussein Ahmad Bahsoun, be terminated as the Defendant has retained Ana M. Jhones, Esq., at Bayside Plaza, Suite 625, 330 Biscayne Blvd., Miami, FL 33132, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436 / FAX 954/356-7556

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed this 6th Day of July, 2000, to Debra J. Stuart Assistant United States Attorney, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301; and Ana M. Jhones, Esq., Bayside Plaza, Suite 625, 330 Biscayne Blvd., Miami, FL 33132.

_____
Daryl E. Wilcox