UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6187-CR-ZLOCH

UNITED STATES OF AMERICA,       :

    Plaintiff,       :

    v.       :

HUSSEIN AHMAD BAHSOUN,       :

    Defendant.       :

_____ :

**ORDER TERMINATING APPOINTMENT OF COUNSEL**

It appearing to the Court that the Defendant, Hussein Ahmad Bahsoun, has retained Ana M. Jhones, Esq., to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and they are relieved of further duties in this cause.

DONE AND ORDERED this ___ day of July, 2000 at Fort Lauderdale, Florida.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
(Magistrate)

cc: counsel of record