HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __MIGUEL CONTRERAS-REYES__    CASE NO: __00-465-CR-ROETTG__

AUSA ~~LOIS FOSTER STEERS~~ Kaplan / Lindsey    ATTY __FPD__  Day for Derobe

Possible plea

-00-037 @ 3355

DEFT _____    CASE NO: _____
AUSA _____    ATTY _____

@ 3393

DEFT __TROY BROWN__    CASE NO: __00-6185-CR-FERGUSON__

AUSA __DON CHASE__ pro    ATTY __RICK FREDMAN__ pre

RICHARD MOORE, ESQ. for Paul Ferguson  covered for more

Disc out — no m/pending — possible plea

DEFT __HUSSEIN AHMAD BAHSOUN__    CASE NO: __00-6187-CR-ZLOCH__

AUSA __DEBRA STUART__ Kaplan    ATTY __FPD__ — Day

New counsel  Cona J. Jones

Disc to be sent today

No pending motions

@ 3460

DEFT _____    CASE NO: _____
AUSA __aug 4 for motion__    ATTY _____

DEFT _____    CASE NO: _____
AUSA _____    ATTY _____

DATE __7-17-00__    TIME __11:00 A.M.__

17