UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6187-CR-ZLOCH

UNITED STATES OF AMERICA,      :

      Plaintiff,             :

v.                             :

HUSSEIN AHMAD BAHSOUN,         :

      Defendant.             :

---

> FILED by _____ D.C.
>
> JUL 2 0 2000
>
> CLARENCE MADDOX
> CLERK U.S. DIST. CT.
> S.D. OF FLA. FT. LAUD.

### STATUS REPORT

    A status conference was held in this cause on July 17, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery was mailed out on the date of the status conference.

    2. Counsel for the defendant shall have until August 4, 2000, within which to file pretrial motions.

    3. This case should be ready for trial as scheduled on August 14, 2000.

    DATED at Fort Lauderdale, Florida, this _2Eth_ day of July, 2000.

                     Lurana S. Snow
                     LURANA S. SNOW
                     UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Deb Stuart (FTL)
Ana Jhones, Esq.