DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6187-Cr-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| HUSSEIN AHMAD BAHSOUN, | : |
| DEFENDANT. | : |

### GOVERNMENT'S SUPPLEMENTAL
### RESPONSE TO STANDING DISCOVERY ORDER

The United States of America, by and through the undersigned Assistant United States attorney, provides the enclosed information by way of supplement to its response to the Standing Discovery Order in this case, by the furnishing of records and documents which were received by the undersigned after pre-initial discovery response had been submitted for filing.

A-5.   Copies of papers, documents and tangible objects which the government intends to use as evidence at trial to prove its case in chief, or otherwise, are attached. The attached copies are not copies of all such papers, documents, etc.; others are available for inspection at a mutually convenient time at the office of the United States Secret Service, 8375 N.W. 53rd Street, Miami, Florida 33166; Special Agent Wanda Fuentes may be contacted for an appointment, at (305) 629-



1858.

Pages of documents submitted herewith are numbered 1 to 141.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DEBRA J. STUART
ASSISTANT U.S. ATTORNEY
COURT NO. A5500061
500 E. Broward Blvd., 7th flr
Ft. Lauderdale, Fl 33394.
(954) 356-7255
(954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 27th day of July, 2000, to Ana M. Jhones, Esquire, 330 Biscayne Blvd., Bayside Plaza, Suite 625, Miami, Fl 33132.

_____
DEBRA J. STUART
ASSISTANT U.S. ATTORNEY