IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6187-CR-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HUSSEIN AHMED BAHSOUN,

    Defendant.
_____/

**NIGHT BOX
FILED**

**JUL 28 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### DEFENDANT'S MOTION FOR
### TRIAL CONTINUANCE

COMES NOW the Defendant, Hussein Ahmed Bahsoun, by and through undersigned counsel, who moves this Honorable Court for a continuance of the trial in this matter, and as grounds therefor would show:

1. That this case is set for a Calendar Call on Friday, August 11, 2000 and for the trial docket beginning August 14, 2000; this is the first time that this case has been set for trial.

2. That while undersigned counsel is seeking a continuance of the following cases, counsel would note that presently she is scheduled for trial in <u>United States v. Belinda McNair,</u> Case Number 00-6042-CR-Zloch, as well as <u>United States v. Felix Pena-Solomon,</u> Case Number 00-486-CR Jordan during the same trial docket as the above-entitled case.



3. That this matter is not ready for trial primarily because discovery is not yet complete and because counsel has been unable to view the discovery that has been provided by the Government. Specifically, the Government has notified counsel that there is a possibility of superceding the Indictment based on what they believe to be additional monies that are going to be attributable to the Defendant under relevant conduct. In addition, undersigned counsel has not been able to view the evidence, however, arrangements have now formally been made with the Secret Service to view the evidence, and this is to take place on August 3 in Miami. That this case is a case allegedly involving fraud and as such, there is a great deal of documentary evidence to review. That as soon as counsel has had the opportunity to review the discovery in its entirety with the Defendant, who is detained unable to post a $300,000 corporate surety bond, counsel will diligently advise the Court as to any possible plea resolution.

4. That undersigned counsel has spoken with Debra Stuart, the Assistant US Attorney assigned to this matter, who has indicated that she does not oppose this Motion.

WHEREFORE, the Defendant moves this Honorable Court for a continuance of the trial of this case until the Court's next trial docket.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Debra Stuart, Assistant US Attorney, 500 East Broward Blvd., 7th Floor, Fort Lauderdale FL 33394-3002 this _____ day of July, 2000.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
             (954) 537-5565 Broward
Fax       : (305) 374-3414 Dade Fax
             (954) 568-1870 Broward Fax

BY: _____
    Florida Bar #771170