IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6187-CR-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HUSSEIN AHMED BAHSOUN,

    Defendant.
_____/



## DEFENDANT'S MOTION FOR ENLARGEMENT
## OF TIME FOR FILING PRETRIAL MOTIONS

COMES NOW the Defendant, Hussein Ahmed Bahsoun, by and through undersigned counsel, who moves this Honorable Court for an enlargement of time until Friday, August 11 for the filing of pretrial motions in this case, and as grounds therefor would show:

1. That the pretrial motions in this case are due to be filed by Friday, August 4, 2000.

2. There is a great deal of documentary evidence to review in this case. That discovery is not yet complete and undersigned counsel has not been able to view the evidence as of yet; this is to take place on August 3 in Miami.

3. That based upon the foregoing, and based upon other pressing due dates, undersigned counsel would state that she is in need of an additional week, until Friday,

August 11, 2000 for the filing of pretrial motions in this case.

    4. That this case is currently on the trial docket beginning August 14, 2000. Undersigned counsel has previously filed a Motion for Trial Continuance, which is pending before this Court. This is the first time that this case has been set for trial.

    5. That undersigned counsel has spoken with Debra Stuart, the Assistant US Attorney assigned to this matter, who has indicated that she does not oppose this Motion.

    WHEREFORE, the Defendant moves this Honorable Court for an enlargement of time for filing pretrial motions until August 11, 2000.

    I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Debra Stuart, Assistant US Attorney, 500 East Broward Blvd., 7th Floor, Fort Lauderdale FL 33394-3002 this _____ day of August, 2000.

Respectfully submitted,

ANA M. JHONES  
Attorney at Law  
Bayside Plaza, Suite 625  
330 Biscayne Boulevard  
Miami, FL 33132  
Telephone: (305) 374-4919 Dade  
          (954) 537-5565 Broward  
Fax    : (305) 374-3414 Dade Fax  
        (954) 568-1870 Broward Fax

BY: _____  
Florida Bar #771170

Page 2