IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case Number: 00-6187-CR-Zloch**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HUSSEIN AHMED BAHSOUN,

    Defendant.

_____/

**ORDER**

The above-entitled matter, having come on before this Court upon Defendant Hussein Ahmed Bahsoun;s <u>Motion for Enlargement of Time for Filing Pretrial Motions</u> and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Motion for Enlargement of Time for Filing Pretrial Motions is hereby GRANTED. Defendant shall have to August 11, 2000 to file pretrial motions.

DONE AND ORDERED at Ft Lauderdale, Florida this ___ day of Aug, 2000. (3) a future date - Aug 4, 2000

Barry Seltzer

23

pc: Debra Stuart, AUSA
    Ana M. Jhones, Atty. at Law