UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 99-6187-CR-ZLOCH
*OO*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| HUSSEIN AHMAD BAHSOUN | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### GOVERNMENT'S SPEEDY TRIAL REPORT

Pursuant to Local Rule 88.5, the United States files its Speedy Trial Report.

1. Defendant Hussein Ahmad Bashoun was arrested on June 21, 2000, and made his initial appearance in Court on June 21, 2000. On June 29, 2000, the indictment in the case at bar was filed. Therefore, the speedy trial clock was triggered on June 29, 2000. 18 U.S.C. 3161(c)(1). On July 6, 2000, defendant Bahsoun filed a motion to allow withdrawal of the Federal Public Defender as counsel; the motion was granted on July 7, 2000, such that there was one day of excludable time. 18 U.S.C. §3161(h)(1)(F). On July 29, 2000, defendant filed a motion to continue the trial in this cause. Therefore, since June 29, 2000, when the Speedy Trial Clock was triggered, the government has determined that 29 days of non-excludable time have



elapsed.

    2. The following Speedy Trial Chart sets forth the proceedings that have occurred since June 29, 2000, resulting in excludable time under 18 U.S.C. §3161(h):

| DATES | ACTIVITY | ELAPSED TIME | EXCLUDABLE DAYS |
|---|---|---|---|
| 06/29/00 | Indictment | | |
| 07/06/00 | Motion to Allow Withdrawal of Federal Public Defender | 7 days | |
| 07/07/00 | Order Authorizing Withdrawal of Federal Public Defender | 1 day | 1 |
| 07/28/00 | Defendant Bashoun's Motion to Continue filed | 21 days | |
| 08/09/00 | Date of Filing Report | 12 days(41 days total) | (excludable) 13 days |

**TOTAL TIME ELAPSED:**                                                             **29 DAYS**

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

              By      /s/ Debra J. Stuart
                              Debra J. Stuart
                              Assistant United States Attorney
                              Court No. A5500061
                              500 E. Broward Blvd.
                              Suite 700
                              Fort Lauderdale, Florida 33394
                              Tel: 954-356-7255 ext. 3597
                              Fax: 954-356-7336

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by first-class United States mail, postage pre-paid, August 9, 2000, to Ana M. Jhones, Esq., 330 Biscayne Bl$^{vd}$., Bayside Plaza, Suite 625, Miami, Florida 33132.

Debra J. Stuart
Assistant United States Attorney