UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
AUG 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6187-CR-Zloch   DATE 8-11-00

CLERK Carline Newby   REPORTER Carl Schanzle

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Hussein Bahsoun

U.S. ATTORNEY Debra Stuart   DEFT COUNSEL Ana Jhanes

DEFENDANT:   PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's Mtn for Continuance denied - Backup to St.Cham -

JUDGMENT _____

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC 3 days

25