**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6187-CR-ZLOCH**

FILED by ___ D.C.

AUG 14 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES OF AMERICA**

            v.

**HUSSEIN AHMAD BAHSOUN**

| TYPE OF CASE | CRIMINAL |

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                          COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, FL 33301        August 16, 2000 at 10:00 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

                                CLARENCE MADDOX
                                CLERK OF COURT

                                _(signature)_
                                BY DEPUTY CLERK

DATE: August 14, 2000

cc:
Debra Stuart, Esq., AUSA
Ana Jhones, Esq.

