FILED by _____ D.C.

AUG 1 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6187-Cr-Zloch   DATE 8-16-00

CLERK Carline Newby   REPORTER Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Hussein Ahmad Bahsoun

U. S. ATTORNEY Debra Stuart   DEFT COUNSEL Ana Jhones

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Cts 4 & 34

RESULT OF HEARING Deft entered a plea of guilty to Cts 4 & 34

JUDGMENT Court accepted plea & adjudged deft guilty to Cts 4 & 34

CASE CONTINUED TO 10-27-00   TIME 2:00 PM   FOR Sentencing

MISC Written Plea Agreement —

28