JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6187-CR-ZLOCH

UNITED STATES OF AMERICA,  :

    PLAINTIFF,  :

v.  :

HUSSEIN AHMAD BASHOUN,  :

    DEFENDANT.  :



## GOVERNMENT'S RESPONSE TO DEFENDANT BASHOUN'S OBJECTIONS TO THE PSI

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this Response to the defendants objections:

1. The instant case was reassigned to the undersigned AUSA in late September, 2000 to cover the sentencing before the court, due to the transfer of the original AUSA.

2. Upon review of the file, undersigned AUSA contacted both victims and USPO to determine how the loss figure had been calculated.

3. On 10/6/2000 and 10/12/2000, undersigned counsel mailed to defense counsel the paperwork provided by MCI and ATT as to their losses and advised defense counsel the Government would have witnesses for both victim companies testifying on 10/27/2000.

4. Thus, the defense has been provided the victims losses by accounts.

5. Not calculated into their losses are additional expenses incurred by MCI and ATT. Briefly, on international calls, made into foreign countries, these providers have to pay fees for



licenses, taxes and the like to the foreign governments providing these telephone lines which are not reflected on the bills to their subscribers or in this case to those stealing these services. Thus, in addition to the same $237,006 loss, these companies will be required to expend other monies to the foreign countries as their additional costs of what the defendant did. Thus, the loss of $237,666 is a firm and reasonable loss figure to be used for the purposes of sentencing.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By: _____
       JEFFREY H. KAY
       ASSISTANT U.S. ATTORNEY
       FLA. BAR NO. 208035
       500 E. Broward Blvd. Ste 700
       Ft. Lauderdale, Fl 33394
       (954) 356-7255
       (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ___ day of October, 2000, to Ana M. Jhones, Esquire, Bayside Plaza, Ste 625, 330 Biscayne Blvd., Miami, Fl. 33132.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY