IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6187-CR-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HUSSEIN AHMAD BAHSOUN,

    Defendant,

_____/



## DEFENDANT HUSSEIN AHMAD BAHSOUN'S SUBMISSION OF CHARACTER REFERENCE LETTERS IN SUPPORT OF SENTENCING HEARING

COMES NOW, the Defendant, HUSSEIN AHMAD BAHSOUN, by and through his undersigned counsel who hereby files, CHARACTER REFERENCE LETTERS IN SUPPORT OF SENTENCING. The Submission is as follows:

1. Domar Nasser (Sister)
2. Hanadi Rammal (Sister)
3. Silvana Rammal (Sister)

I HEREBY CERTIFY that a copy of the foregoing was furnished by mail on this 19th Day of October, 2000, to Jeffrey H. Kay, Assistant United States Attorney, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33394 and to Frank E. Smith, United States Probation Officer, 299 E. Broward Blvd., Room 409, Fort Lauderdale, FL 33301-1168 and to the defendant, Hussein



Ahmad Bahsoun, REG #60809-004, FDC Miami, PO Box 019120, Miami, FL 33101-9120.

RESPECTFULLY SUBMITTED,

ANA M. JHONES
Attorney at Law
330 Biscayne Boulevard #625
Miami FL  33132
(305)374-4919 DADE
(954)537-5565 BROWARD
DADE FAX (305) 374-3414
BROWARD FAX (954) 568-1870

BY: _____
ANA M. JHONES
Florida Bar #771170

# DOMAR NASSER
## FAMILY MEMBER

7 ELSTREE AVE.
Nepean Ontario
K2B-7T9
Tel: (613) 820-7347

To: The Honorable William J. Zloch, US District Judge
United States District Court,
299 E. Broward Blvk., Ft Lauderdale, FL 33301.

The Honorable William J. Zloch:

My name is Domar Nasser I'am Hussein Bahsoun's eldest sister. I'am a mother of three boys, and I consider Hussein not only as my young brother, but also as my son. Even when he was young Hussein maturd beyouned his age, always dependable, reliable, and caring. Putting his family's interest at first. He always confinded in me, I know him as I know my own son. When I heared about what happened the news surprised and shocked me. Hussein isn't that type of person, he's Law abiding. I cannot provide an explantion for my brother's behaviour, I cannot provide one for myself.

Hussein has always been thoughtfull, dependable, caring. never broke the Law. and had and ambition for life. He wanted to continue his education to become a Computer Engineer, wanted to get married and have a family of his own. I don't recall a time when he had a problem with anyone, he was liked by all those who knew him, my son's look up to him and respect him. My young son Hussein, who I named him after my brother, want's to be just like his uncle, and I wouldn't want him to think any other way. In 1990 my eldest son Mustafa had a Convultion, I stated panicing like crasy, Hussein rushed him to the hospital and stayed with him all night. When he was assured by the doctor that everything was alright only then did he leave the hospital. Another incident was when I was admited to the hospital for poisoning, Hussein came and stayed at my side showing me all the love and support a person can offer. Hussein is well known in the community and well respected.

I can only hope and pray that you, your honor, will find it in your heart to be leaniant on by brother. I'am certain that Hussein is remorsed and regrets what he did. and I hope that you will allow him to come back home to us where he belongs.

I would like to thank you, your honor, for taking the time for reading my letter.

Sincerely:

# HANADI RAMMAL
## FAMILY MEMBER

7 ELSTREE AVE. (basement suit)
Nepean Ontario
K2B-7T9
TEL (613) 820-7347

To: The Honorable William J.Zloch, US District Judge
United States District Court,
299 E. Broward Blvd., Ft Lauderdale, FL 33301

The Honorable William J. Zloch:

Allow me to introduce myself, I'm Hanadi Rammal, I'm 29 years old. I'm a College graduate, a housewife and a mother of two children; I've known my brother Hussein Bahsoun since the day he was born. My brother and me were raised like twins, I'm only one year older than he is and we always did everything together.

Please allow me to summarize my brother personality to you. I've only known him as a loving carring and an honest person, very well liked by everyone, friends and families. he is always there when you need him, whether it's a case of money or help in anything. He is always a good listener to problems you need to solve. He is always supportive; he is the type of a man that family members come first in line for him. There is lots of time when he was there for me, for example on the day my husband was away and I needed money, Hussein was there for me and told me not to worry. Hussein is always in on every occasion. I'll never forget my son Zouheir first birthday. His dad was away and I was alone in the house, Hussein and my sister were in the same city, I felt that there is no need for the birthday party to take place, but Hussein made it a surprise for me and made the party for my son. He made me feel loved and cared for. He was and still is the person that makes me laugh whenever I feel sad.

My brother is an educated man he is a College graduate as a computer technician, his dreams are to continue as a Computer Engineer. He is a hard working man, never late for work or an appointment. Always keeps his promises and very responsible. Careful on how to choose his friends, Law abiding and very well liked in the community. This was a shock for all the family members and his friends. this is unlike my brother, I don't know why he did this. Maybe he was forced to do so or something went wrong and I'm sure he is regretting it and learned a big lesson from this.

I would like to thank you for taking the time to read my letter and I hope that my brother is fine and I regret the fact that I'm not there to support him like he always did for me.

Sincerely,

# SILVANA RAMMAL
## FAMILY MEMBER

303-230 Woodridge cres.
Nepean Ontario
K2B-8G2
Tel (613) 726-3525

To: The Honorable William J. Zloch, US District Judge
United States District Court,
299 E. Broward Blvd., Ft Lauderdale, FL 33301.

Dear Mr Zloch:

I'am Silvana Rammal writing this letter to you with the upmost respect in regards to my brother Hussein Bahsoun.

I'am twenty six years old College graduate, and a mother of two children. When I heard the news about my brother's situation it came as a shock. Inever thought that out of all people that my brother would be in trouble with the Law. simply because he is a very honest, dependable, Law abiding person, always there when you need him, loving, caring, and thoughtfull. I kon't know what happened that he took the wrong road or whether he was influenced by some other to make that mistake.

You see we have strong family ties, we've been raised by loving parent's who taught us honesty,and trust are the virtue in life. And Hussein has been known for that, and loved by all those who know him. He has great ambition in life, he graduated from college as a Computer technician, and wanted to continue his education to become a Computer Enginer, he's a hard worker never late for work or an oppintment alway's there for Holiday's, Birthday's, or just there when you need someone to talk to, creating a wonderfull atmosphere that lifted your spirit. Very respectfull to his family, friends, and other's. Like one time he saw on old lady having problems carrying her groceries, he approached her offering his help, and ending up carrying the groceries for her. When I gave birth to my first child Hussein was out of town he came the same night straight to the hospital even though he had been driving for ten hours, when I told him he should go and get some rest he said and I quote "how do you expect me to fall asleep without making sure that you are O.K." and huged me with tears in his eyes.

There hasn't been a day that passed by that I haven't thought of him and wished for hom to come back home, and I'am certain that he regrets and is remorsed about what he did. The only regret that I have is that I'am unable to be at his side right now because I'am sure that he would be at my side if I was in his place reassuring me that everything will be alright. it breaks my heart ot know that I'am unable to help him, only hoping and beging you to be leaniant on my brother.

I would like to thank you for taking the time to read my letter.

Truly Yours: