UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
OCT 27 2000
CLERK ____
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6187-CR-Zloch   DATE 10-27-00

CLERK Cathy Newby   REPORTER Carl Schanzleh

PROBATION Frank Smith   INTERPRETER

UNITED STATES OF AMERICA v. Hussein Ahmad Bahsoun

U. S. ATTORNEY Jeffrey Kay   DEFT COUNSEL Ana Jhanes

DEFENDANT: (PRESENT)  NOT PRESENT   ON BOND  (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Ct denies deft's objection to amount of loss. Cts 4 & 34 - 12 months custody of BOP to run concurrently. $237,666.

JUDGMENT  Restitution - 3 yrs - Sup Rel to Run concurrently - Spec conds - Be Surrender to INS for deportation proceedings. If deported not Reenter

CASE CONTINUED TO _____ TIME _____ FOR the U.S. w/o prior approval of A.G.

MISC  Non-Reporting, if deported. Participate Substance Abuse program - Full Financial disclosure - $200 assessment - Ana Jhanes appointed for appeal - Ct Recommends facility in Michigan - Remaining Cts dismissed -

**MCI WORLDCOM**



Network Integrity



GOVERNMENT EXHIBIT
CASE NO. 00-6187-CR
210th
EXHIBIT NO. 1

Edward G. McGinty
Network Integrity
#2 NorthWinds Center
2520 NorthWinds Parkway
Suite 500
Alpharetta, Georgia 30004

Office:  770-625-6777 or VNET 948-6777
Fax:     770-625-6655 or VNET 948-6655

DATE: 9/19/00

TO: Frank Smith

FAX NUMBER: 954-769-5566

FROM: Ed McGinty

PAGES: 2

COMMENTS: As Requested.
Ed

**NOTICE**:
The facsimile material that is attached is intended only for the use of the addressee and may contain information that is privileged, confidential or otherwise protected by law from disclosure. Any use, viewing, dissemination, distribution, disclosure or copying of this information, except as authorized by the sender, is prohibited. If you are not the intended recipient, or agent responsible for delivering to the intended recipient, you are requested to immediately contact the sender and return the original to the above address via US mail. Your will be reimbursed for any expenses you may incur in returning the facsimile material.

PROB72
(7/96)

# UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF FLORIDA

### Declaration of Victim Losses

| | ) | |
|---|---|---|
| United States | ) | |
| v. | ) | |
| Hussein Ahmad Bahsoun | ) | 00-6187-CR-Zloch |
| | ) | (Case Number) |

I, ~~Ed McBenty~~ *Worldcom*, residing at 2520 Northwinds Pkwy, in the city (or county) of *Alpharetta*, in the state of *GA*, am victim in the above-referenced case and I believe that I am entitled to restitution in the total amount of $_____.

My specific losses as a result of this offense are summarized as follows:

I represent Worldcom, Inc., a telecommunications company. Sujcit Bahsoun defrauded Worldcom of over $34,550.00 as a result of a "Call-sell" operation. Restitution can be sent to the following location: Worldcom, Network Integrity, 2520 Northwinds Pkwy, Suite 500, Alpharetta, GA 30004

___ I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $_____. The name and address of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

*Ell M. &f*
(Signature)

Executed on
19 day of September, 2000

*(Additional Pages May be Attached)*



P.O. Box 100311
Atlanta, Georgia 30384-0311

September 18, 2000

United States Court House
299 East Broward Blvd.
Suite 409
Ft. Lauderdale, FL 33301

Case # 006187-CRZLOCH
AT&T FCO&A Case # DC000601-105010

Information is being provided in order to assist in recovering revenue due to AT&T. Upon request and advanced notification, AT&T can provide call detail records and representation to support this document.

AT&T's total losses incurred are $203,109.08 including federal tax. AT&T's federal tax ID number is #13-4924710.

Restitution should be mailed to: AT&T
                                   Attn: FCO&A # DC000601-105010
                                   P. O. Box 100311
                                   Atlanta, GA 30384-0311

If you have any questions or concerns regarding this statement, please contact Darnell Crawley at 404-810-2052.

Best regards,

*Becky Landers*
Becky Landers
Restitution Coordinator
404 810-3743

**GOVERNMENT EXHIBIT**
CASE NO. CO-6187-CR
EXHIBIT NO. 2



P.O. Box 100311
Atlanta, Georgia  30384-0311

## AFFIDAVIT

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOLLOWING STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF:

1. I am employed with AT&T Fraud Control Operations Analysis Center. It is my responsibility to respond to fraud requests for AT&T billing records associated with AT&T tariffed services.

2. The attached records are kept by AT&T in the regular course of business for the enclosed accounts.

3. I am not aware of any other documents kept by AT&T in the regular course of business associated with the fraud investigation.

4. It is AT&T's desire to pursue prosecution and/or restitution in this matter.

*Darniel Crawley*
Network Security Investigator

Subscribed and sworn to before me this 18th day of September 2000

*[signature]*
Notary Public

My commission expires: Notary Public, Fulton County, GA
My Commission Expires February 10, 2003

International Trading Co.
4891 NW 1u3rd Ave.

| # | Date | Time | Orig Nbr | Tm Cty | Term Nbr | Dial Nbr | Mins | Rate | CIC Code |
|---|---|---|---|---|---|---|---|---|---|
| 109 | 06/09/2000 | 14:54:41 | 954-7412887 | fiji | 679-478651 | 679-478651 | 0.85 | $3.92 | 2881 |
| 110 | 06/09/2000 | 14:49:08 | 954-7412887 | fiji | 679-478748 | 679-478748 | 4.57 | $19.60 | 2881 |
| 111 | 06/09/2000 | 14:45:59 | 954-7412887 | benin | 229-906268 | 229-906268 | 0.37 | $2.97 | 2881 |
| 112 | 06/09/2000 | 14:44:32 | 954-7412887 | ivcst | 225-05929200 | 225-05929200 | 0.57 | $3.85 | 2881 |
| 113 | 06/09/2000 | 14:43:34 | 954-7412887 | ivcst | 225-07675537 | 225-07675537 | 0.32 | $3.85 | 2881 |
| 114 | 06/09/2000 | 14:42:22 | 954-7412887 | ivcst | 225-07805285 | 225-07805285 | 0.33 | $3.85 | 2881 |
| 115 | 06/09/2000 | 14:30:11 | 954-7412887 | ivcst | 225-05929200 | 225-05929200 | 7.2 | $30.80 | 2881 |
| 116 | 06/09/2000 | 14:22:01 | 954-7412887 | benin | 229-311066 | 229-311066 | 6.1 | $20.79 | 2881 |
| 117 | 06/09/2000 | 14:14:01 | 954-7412887 | india | 91-857384169 | 91-857384169 | 7.05 | $30.88 | 2881 |
| 118 | 06/09/2000 | 14:10:06 | 954-7412887 | benin | 229-906268 | 229-906268 | 2.6 | $8.91 | 2882 |
| 119 | 06/09/2000 | 13:54:49 | 954-7412887 | fiji | 679-394805 | 679-394805 | 11.83 | $47.04 | 2881 |
| 120 | 06/09/2000 | 13:48:04 | 954-7412887 | ngria | 234-15455998 | 234-15455998 | 6.07 | $20.02 | 2881 |
| 121 | 06/09/2000 | 13:45:57 | 954-7412887 | frnce | 33-145560430 | 33-145560430 | 0.97 | $1.96 | 2881 |
| 122 | 06/09/2000 | 13:44:13 | 954-7412887 | sengl | 221-8224342 | 221-8224342 | 1.08 | $8.24 | 2881 |
| 123 | 06/09/2000 | 13:39:51 | 954-7412887 | sengl | 221-8224342 | 221-8224342 | 3.6 | $16.48 | 2881 |
| 124 | 06/09/2000 | 13:38:22 | 954-7412887 | sengl | 221-8224342 | 221-8224342 | 1.17 | $8.24 | 2881 |
| 125 | 06/09/2000 | 13:34:47 | 954-7412887 | sengl | 221-6850660 | 221-6850660 | 2.9 | $12.36 | 2881 |
| 126 | 06/09/2000 | 13:20:08 | 954-7412887 | india | 91-188168056 | 91-188168056 | 10.07 | $42.46 | 2881 |
| 127 | 06/09/2000 | 13:07:27 | 954-7412887 | india | 91-188671231 | 91-188671231 | 10.72 | $42.46 | 2881 |
| 128 | 06/09/2000 | 12:55:38 | 954-7412887 | india | 91-188844853 | 91-188844853 | 7 | $27.02 | 2881 |
| 129 | 06/09/2000 | 12:54:09 | 954-7412887 | leban | 961-7741594 | 961-7741594 | 169.35 | $742.90 | 2881 |
| 130 | 06/09/2000 | 12:35:33 | 954-7412887 | leban | 961-7741594 | 961-7741594 | 6.4 | $30.59 | 2881 |
| 131 | 06/09/2000 | 11:12:52 | 954-7412887 | leban | 961-7741594 | 961-7741594 | 80.78 | $353.97 | 2882 |
| 132 | 06/09/2000 | 10:25:41 | 954-7412887 | leban | 961-7741594 | 961-7741594 | 16.5 | $74.29 | 2881 |
| 133 | 06/09/2000 | 1:33:01 | 954-7412887 | leban | 961-7741594 | 961-7741594 | 533.03 | $2,333.58 | 2881 |
| 134 | 06/09/2000 | 1:32:24 | 954-7412887 | leban | 961-7741594 | 961-7741594 | 0.2 | $4.37 | 2881 |
|   |   |   |   |   |   |   | 2656.3 | $6,245.60 |   |

DEFENDANT'S EXHIBIT
CASE NO. 20-cr-6187-...
EXHIBIT NO. 1

Defense Ex 1

0065

Darnell Crawley
AT&T Sr   ity
DC 0006.  105010

AT&T Proprietary Information-Use r  rsuant to Company Instructions

Page 4 of 4