# UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| HUSSEIN AHMAD BAHSOUN | CASE NUMBER: 00-6187-CR-ZLOCH |
| | ANA M. JHONES, ESQ. |
| | Defendant's Attorney |

**THE DEFENDANT:**

[X] pleaded guilty to count(s)  4 & 34

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1029(a)(2) | trafficking in unauthorized access devices | 6/00 | 4 & 34 |

FILED by OCT 30 2000

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) remaining _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No:  none
Defendant's Date of Birth: 3/27/72
Defendant's USM No: 60809-004
Defendant's Residence Address: _____

Defendant's Mailing Address: _____

Date of Imposition of Judgment: 10/27/00

Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

Date: 10/30/00

35

Judgment – Page 2 of 6

DEFENDANT: HUSSEIN AHMAD BAHSOUN
CASE NUMBER: 00-6187-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months as to each of Counts 4 and 34 to be served concurrently with each other.

[X] The court makes the following recommendations to the Bureau of Prisons:

a facility in Michigan

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
  [ ] at _____ a.m./p.m. on _____ .
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before 2 p.m. on _____ .
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on 1/10/01 to ALF
at PA with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
   Deputy U.S. Marshal